DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIETAYVIOUS TAYLOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3438

[May 9, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 00-017292CF10A.

Dietayvious Taylor, Arcadia, pro se.

Ashley B. Moody, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***